IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Robert James Belcher and Valerie A.S. Belcher,　　　　Plaintiff(s),　　vs.　Michelle Pilcher Taylor, fka Lucille Rose Pilcher,　　　　Defendant(s)._____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　CV 05-00033DAE-LEK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 21, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, document number 10, are adopted as the opinion and order of this Court.

Due for Adoption: 05/05/2006

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 8, 2006.



_____
David Alan Ezra
United States District Judge

Robert James Belcher, et al. v. Michelle Pilcher Taylor, Civil No. 05-00033 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

cc:all parties of record

Due for Adoption: 05/05/2006