IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT JAMES BELCHER<br>VALERIE A. S. BELCHER,<br><br>    Petitioners,<br><br>    vs.<br><br>MICHELLE PILCHER TAYLOR,<br>fka LUCILLE ROSE PILCHER<br><br>    Respondent.<br>_____ | ) CIVIL NO. 05-00033 SOM-KSC<br>)<br>) ORDER FINDING AND<br>) RECOMMENDING THAT<br>) PETITIONERS' MOTION FOR<br>) ATTORNEY'S FEES AND COSTS<br>) BE DENIED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER FINDING AND RECOMMENDING THAT PETITIONERS' MOTION
FOR ATTORNEY'S FEES AND COSTS BE DENIED

Before the Court is Petitioners Robert James Belcher and Valerie A. S. Belcher's ("Petitioners") second request for attorney's fees incurred in pursuing their case against Respondent Michelle Pilcher Taylor fka Lucille Rose Pilcher ("Respondent").  Pursuant to Local Rule 7.2(d), the Court finds this Motion suitable for disposition without a hearing.

On July 29, 2005, this Court orally granted Petitioners' Motion for Entry of Default Judgment

against Respondent.  At the hearing, the Court directed Petitioners to submit Supplemental Declarations establishing that the $34,000 requested by Petitioners for attorneys fees was post-decree and related to the subject matter of the action.  On August 30, 2005, Petitioners filed Second Supplemental Declarations.[1] These declarations did not include the specific information requested by the Court, but instead included declarations by Petitioners and their attorney stating that the attorney was paid $34,000 in fees and costs on July 23, 2004.

On April 21, 2006, the Court issued a Findings and Recommendation that Motion for Judgment by Default be Granted and awarded Petitioners $14,000 in attorney's fees.  The Court declined to award Petitioners the additional $20,000 requested because Petitioners had failed to timely provide proper documentation to justify the award.  On May 9, 2006, District Judge Ezra issued an Order Adopting the

---

[1] Before the hearing on July 26, 2005, Petitioners filed Supplemental Declarations in support of their Motion for Default Judgment.

Findings and Recommendation. On May 12, 2006 judgment was entered in favor of Petitioners.

On May 24, 2006 Petitioners filed the instant Motion for Attorney's Fees and Costs ("Motion") seeking $9,318.71 in attorney's fees and costs incurred in this matter.

After careful consideration of the Motion and the record herein, the Court FINDS and RECOMMENDS that Petitioners' Motion for Attorney's Fees be DENIED as moot. First, the Court has already considered and denied Petitioner's request for $20,000 in attorney's fees incurred in bringing this action. The Court gave Petitioners and opportunity to submit supplemental declarations justifying their request for attorney's fees, but Petitioners failed to provide the information requested by the court. The Court notes that it granted Petitioners' Motion for Entry of Default Judgment nearly one year ago. On May 12, 2006, final judgment was entered in favor of Petitioners. Consequently, the Court FINDS and RECOMMENDS that Petitioners' Motion for Attorney Fees be DENIED as

moot.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, June 26, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 05-00033 DAE-KSC; ROBERT JAMES BELCHER, VALERIE A. S. BELCHER v. MICHELLE PILCHER TAYLOR, fka LUCILLE ROSE PILCHER; FINDING AND RECOMMENDATION THAT PETITIONERS' MOTION FOR ATTORNEY FEES BE DENIED