IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT JAMES BELCHER AND VALERIE A.S. BELCHER, <br><br>    Plaintiff(s), <br><br> vs. <br><br> MICHELLE PILCHER TAYLOR fka LUCILLE ROSE PILCHER, <br><br>    Defendant(s). | ) CV 05-00033DAE-KSC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 26, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 13, 2006.



_____
David Alan Ezra
United States District Judge

cc: all parties of record

Due for Adoption: 07/11/2006