UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT JAMES BELCHER, and<br>VALERIE A.S. BELCHER,<br><br>  Plaintiffs,<br><br>vs.<br><br>MICHELLE PILCHER TAYLOR, f/k/a<br>LUCILLE ROSE PILCHER,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 05-00033 DAE-KSC |

ORDER EXTENDING DEFAULT JUDGMENT

Before the Court is a Motion to Extend Default Judgment against Defendant Michelle Pilcher Taylor, f/k/a Lucille Rose Pilcher, filed by Plaintiff Robert J. Belcher and Valerie A.S. Belcher. (Dkt. # 18.) Upon careful consideration of the instant motion, the Court **GRANTS** the Motion to Extend Default Judgment.

On May 12, 2006, the Court issued default judgment against Defendant in the amount of $197,900. (Dkts. ## 10, 13.) Rule 69(a) of the Federal Rules of Civil Procedure provides that the procedure on execution of a monetary judgment, "and in proceedings supplementary to and in aid of judgment or execution . . . must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a). In Hawaii, a judgment is presumed paid after ten

1

years, but a party may seek a one-time extension for another ten years, but no more than twenty years after the original judgment.  Haw. Rev. Stat. § 657-5.  Here, the Court issued a monetary default judgment in 2006 and Plaintiff attests that he has not been able to collect the judgment in the last ten years.  ("Blecher Aff.," Dkt. # 18-2.)  The instant motion was filed timely.  For these reasons, the Court **GRANTS** Plaintiffs' motion to extend default judgment (Dkt. # 18)  and **ORDERS** the default judgment entered on May 12, 2006 (Dkt. # 13) to be extended to May 12, 2026.

    **IT IS SO ORDERED.**

    **DATE:** Honolulu, Hawaii, May 10, 2016.



DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE